■ In the Matter of the Commitment of LEONARD PORTER.— Appeal unanimously dismissed as moot. The appellant is no longer under commitment to Matteawan State Hospital. (Appeal from order of Cayuga County Court committing inmate to State Hospital.) Present — Del Vecchio, J. P., Marsh, Cardamone, Simons and Henry, JJ.